**Order entered June 17, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00283-CV

## IN RE MODERN SENIOR LIVING, LLC, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17614**

## ORDER
Before Justices Osborne, Partida-Kipness, and Smith

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. We **ORDER** the trial court to issue an order (1) vacating its November 3, 2021 "Order Denying Defendant's Motion for Leave to Designate Responsible Third Party" and its March 25, 2022 "Order Denying Defendant's Motion for Reconsideration of its Motion for Leave to Designate Responsible Third Party," and (2) granting relator's January 21, 2021 "Defendant Modern Senior Living, LLC's Motion for Leave to Designate Responsible Third Party."

The Court further **ORDERS** the trial judge to file with this Court, within thirty days of the date of this Order, a certified copy of its order issued in compliance with this Order. A writ will issue only if the trial court fails to comply with this Order.

/s/    LESLIE OSBORNE
        JUSTICE